JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAVIER JAIME HERNANDEZ et al.,<br>Plaintiff,<br>v.<br>J. JOHNSON et al.,<br>Defendants. | Case No. 5:26-cv-04921-SB-SSC<br><br>FINAL JUDGMENT |

For the reasons stated in the separate order granting the Plaintiff's motion to withdraw his habeas petition entered this date, it is ordered that the petition is dismissed without prejudice.

This is a final judgment.

Date: September 21, 2026

Stanley Blumenfeld, Jr.
United States District Judge